# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  　　　　　　　　August 22, 2018  　　　　　　　Chris Wolpert
Clerk of Court  　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**  　16-1492, M.A.K. Investment Group v. City of Glendale, et al
 　　　　　Dist/Ag docket: 1:15-CV-02353-RBJ

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　*Elisabeth A. Shumaker*

　　　　　　　　　　　　　　　　　　　　　　　　　Elisabeth A. Shumaker
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

cc:    Jason Astle
      Timothy G. Atkinson
      Matthew R. Giacomini
      Van Arron Hughes
      Russell W. Kemp
      Michael Onufer
      Allison Ozurovich
      R. Alexander Pilmer
      James R. Silvestro
      Jeffrey Alan Springer
      Carolynne C. White

EAS/na