IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02353

**M.A.K. INVESTMENT GROUP, LLC**, a Colorado limited liability company,

    Plaintiff,

v.

**CITY OF GLENDALE**, a political subdivision of the State of Colorado;
**GLENDALE URBAN RENEWAL AUTHORITY**, a Coloradan urban renewal authority,

    Defendants.

---

**JOINT STIPULATION AND [PROPOSED] ORDER**

---

Plaintiff M.A.K. Investment Group, LLC ("MAK") and Defendants City of Glendale and Glendale Urban Renewal Authority (together, "Glendale") (collectively, the "Parties") stipulate as follows:

WHEREAS, MAK owns several parcels of property together with improvements thereon near the intersection of East Virginia Avenue and South Colorado Boulevard in Glendale, Colorado, described in the attached Exhibit A (the "Property");

WHEREAS, on May 7, 2013, the Glendale City Council passed a resolution declaring that the Property was found, determined, and declared to be within a blighted area as defined by the Colorado Urban Renewal Law, Part 1 of Article 25 of Title 31 (the "Blight Determination");

WHEREAS, on October 23, 2015, MAK filed a complaint in this Court against Glendale seeking a determination that the Blight Determination, and related authorization of the use of

1

eminent domain, was invalid and unenforceable on the basis that Colorado's Urban Renewal Law is unconstitutional, both facially and as applied to MAK (the "Complaint");

WHEREAS, on November 21, 2016, this Court granted Glendale's motion to dismiss the Complaint;

WHEREAS, on December 20, 2016, MAK filed a Notice of Appeal;

WHEREAS, on January 17, 2017, the Clerk of the Court of the United States District Court, District of Colorado entered a Bill of Costs against MAK for $9,415.40 (the "Bill of Costs");

WHEREAS, on July 31, 2018, the Tenth Circuit Court of Appeals reversed this Court's ruling on the motion to dismiss,

WHEREAS, on September 5, 2018, the Parties participated in a telephonic conference with the Court concerning, among other things, the resolution of the case (a copy of the transcript from the telephonic conference is attached hereto as Exhibit B); and

WHEREAS, on September 7, 2018, the Glendale City Council passed a resolution, attached hereto as Exhibit C, removing approximately 5.28 acres of land from the approximately 45 acre Riverwalk Urban Renewal Plan, with the effect that the Property is no longer part of the Riverwalk Urban Renewal Plan Area;

The Parties hereby **STIPULATE** and **AGREE** as follows:

1. The Blight Determination is removed pursuant to the resolution referenced above and is unenforceable with respect to the Property, including any and all legal effects or consequences that the Blight Determination, if enforceable, could have against the Property, including but not limited to the use of eminent domain by the Glendale Urban Renewal Authority;

2. The Bill of Costs is vacated;

3. The case is and should be dismissed with prejudice.

4. The plaintiff reserves its right to seek its costs and attorney fees; the defendants deny any liability and reserve their rights to contest the plaintiff's claims for costs and/or attorney fees based on any arguments or defense(s) they could have asserted in the litigation, and

5. The case is closed.

**IT IS SO STIPULATED.**

DATED: September 19, 2018    KIRKLAND & ELLIS LLP

By: _____
    R. Alexander Pilmer

*Attorneys for Plaintiff*

DATED: September 19, 2018    SPRINGER & STEINBERG P.C.

By: /s Jeffrey Springer BY: _____
    Jeffrey Springer

*Attorneys for Defendants*

DATED: _____    _____
    HONORABLE R. BROOKE JACKSON
    DISTRICT COURT OF COLORADO

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th date of September, 2018, I caused to be electronically filed and serve the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason C. Astle
Jeffrey A. Springer
Matthew R. Giacomini
SPRINGER & STERNBERG, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Defendants*

                                              */s/ R. Alexander Pilmer*
                                              R. Alexander Pilmer

                                              *Attorney for Plaintiff*